ALFRED C. WALDORFF, Respondent, *v.* STANLEY J. TOMAKA, Doing Business under the Names of TOMAKA COAL, COKE & BUILDERS SUPPLY CO. and TOMAKA COAL, LUMBER & BUILDERS SUPPLY CO., Appellant.

Submitted February 20, 1947; decided February 27, 1947.

*Abraham Roth* for motion.
*Murle L. Rowe* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements unless within fifteen days all papers required by rule 21 (subd. b) of this court are filed.